IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH McCOY, individually and on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BETSEY JOHNSON INC.; Does 1 through 10,<br><br>　　　　Defendants. | Case No. C07-4782 (SC) |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:  December 28, 2007　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth McCoy

Dated:  December 28, 2007　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　　Pierce Gore

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:  December 28, 2007　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　　Pierce Gore

ADR CERTIFICATION BY　　　　　　　　　　　　　　　　　　　　　　　CASE NO. C07-4782 (SC)