1  Pierce Gore (State Bar No. 128515)
   GORE LAW FIRM
2  900 East Hamilton Avenue
   Suite 100
3  Campbell, CA  95008
   Telephone: (408) 879-7444
4  Facsimile:  (408) 376-0757
   Email: *piercegore@gorelawfirm.com*
5
   *Attorneys for Plaintiff*
6  ELIZABETH McCOY

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11 | ELIZABETH McCOY, individually and on | Case No. C07-4782 (SC)
   | behalf of herself and all others similarly situated, |
12 |                                      | **STIPULATION AND ORDER**
   |           Plaintiff,                 | **REGARDING TIMING OF**
13 |                                      | **DEFENDANT'S RESPONSE TO**
   |     v.                               | **COMPLAINT AND**
14 |                                      | **RESCHEDULING INITIAL CASE**
   | BETSEY JOHNSON INC.; Does 1 through 10, | **MANAGEMENT CONFERENCE**
15 |                                      |
   |           Defendants.                | Initial Case Management Conference:
16 |                                      | January 11, 2008

17

Pursuant to Local Rules 6-1, 6-2 and 7-12, Plaintiff Elizabeth McCoy and Defendant Betsey Johnson Inc., by and through their respective counsel, hereby stipulate as follows:

1.  On September 17, 2007, the Court entered an Order Setting Initial Case Management Conference And ADR Deadlines ("Scheduling Order") setting the Initial Case Management Conference ("CMC") on January 11, 2008 at 10 a.m.

2.  On November 14, 2007, Defendant, by and through counsel, executed a Waiver of Service of Summons. Defendant's response to Plaintiff's Class Action Complaint ("Complaint") is currently due on January 14, 2008.

3.  The parties are presently engaged in settlement negotiations. To facilitate and allow sufficient time for these negotiations, while conserving judicial resources, the parties have reached the following agreement which they ask the Court to adopt by order set forth below:

    a.  Defendant's response to the Complaint shall be due on February 22, 2008.

    b.  The parties request that the Court continue the CMC, currently scheduled on January 11, 2008, to February 22, 2008.

IT IS SO STIPULATED.

I, Pierce Gore, attest that concurrence in the filing of this stipulation and proposed order has been obtained from counsel for Defendant.

DATED: December 28, 2008                    GORE LAW FIRM


                                            By:_____/s/_____
                                                    Pierce Gore

                                            Attorneys for Plaintiff
                                            ELIZABETH McCOY

| | | |
|---|---|---|
| 1 | DATED: December 28, 2008 | JEFFER, MANGELS, BUTLER & MARMARO LLP |

By: _____/s/_____
Michael J. Hassen

Attorneys for Defendant
BETSEY JOHNSON INC.

### **ORDER**

For good cause, IT IS SO ORDERED.  Betsey Johnson Inc.'s response to the Complaint shall be due on February 22, 2008.  The Case Management Conference currently scheduled for January 11, 2008 at 10 a.m. is hereby continued to February 22, 2008, at 10 a.m.

DATED: January ___, 2008

_____
United States District Judge