Pierce Gore (State Bar No. 128515)
GORE LAW FIRM
900 East Hamilton Avenue
Suite 100
Campbell, CA 95008
Telephone: (408) 879-7444
Facsimile: (408) 376-0757
Email: *piercegore@gorelawfirm.com*

*Attorneys for Plaintiff*
ELIZABETH McCOY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ELIZABETH McCOY, individually and on behalf of herself and all others similarly situated,

Plaintiff,

v.

BETSEY JOHNSON INC.; Does 1 through 10,

Defendants.

Case No. C07-4782 (SC)

**STIPULATION AND ORDER REGARDING TIMING OF DEFENDANT'S RESPONSE TO COMPLAINT AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

Initial Case Management Conference: January 11, 2008

Pursuant to Local Rules 6-1, 6-2 and 7-12, Plaintiff Elizabeth McCoy and Defendant Betsey Johnson Inc., by and through their respective counsel, hereby stipulate as follows:

1. On September 17, 2007, the Court entered an Order Setting Initial Case Management Conference And ADR Deadlines ("Scheduling Order") setting the Initial Case Management Conference ("CMC") on January 11, 2008 at 10 a.m.

2. On November 14, 2007, Defendant, by and through counsel, executed a Waiver of Service of Summons. Defendant's response to Plaintiff's Class Action Complaint ("Complaint") is currently due on January 14, 2008.

3. The parties are presently engaged in settlement negotiations. To facilitate and allow sufficient time for these negotiations, while conserving judicial resources, the parties have reached the following agreement which they ask the Court to adopt by order set forth below:

a. Defendant's response to the Complaint shall be due on February 22, 2008.

b. The parties request that the Court continue the CMC, currently scheduled on January 11, 2008, to February 22, 2008.

IT IS SO STIPULATED.

I, Pierce Gore, attest that concurrence in the filing of this stipulation and proposed order has been obtained from counsel for Defendant.

DATED: December 28, 2008

GORE LAW FIRM

By: /s/
Pierce Gore

Attorneys for Plaintiff
ELIZABETH McCOY

DATED: December 28, 2008

JEFFER, MANGELS, BUTLER & MARMARO LLP

By: /s/
Michael J. Hassen

Attorneys for Defendant
BETSEY JOHNSON INC.

**ORDER**

For good cause, IT IS SO ORDERED. Betsey Johnson Inc.'s response to the Complaint shall be due on February 22, 2008. The Case Management Conference currently scheduled for January 11, 2008 at 10 a.m. is hereby continued to February 22, 2008, at 10 a.m.

DATED: January 3, 2008

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA

Uni[illegible]dge