UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-4782_____ SAMUEL CONTI_____ DATE_2/22/08_____
Case Number                    Judge

Title:_ELIZABETH MCCOY_____vs_BETSEY JOHNSON INC._____

Attorneys:_PIERCE GORE_____ MICHAEL HASSEN_____

Deputy Clerk:_T. De Martini____Court Reporter:_Belle Ball_____

Court  Pltf's  Deft's
(xxx)  (  )    (  )  1._Status Conference - Held_____

(  )   (  )    (  )  2._____

(  )   (  )    (  )  3._____

(  )   (  )    (  )  4._____

(  )   (  )    (  )  5._____

(  )Motion(s): (  )Granted (  )Denied (  )Withdrawn

(  )Granted/Denied (  )Off Calendar (  )Submitted

Order to be Prepared by:(  )Pltf (  )Deft (  )Court

Discovery Cutoff:_11/12/08____Pretrial Statements Due_____

Case Continued to_1/9/09 @ 10:00 a.m._____for Pretrial Conference

Case Continued to_1/12/09 @ 9:30 a.m._____for Jury Trial

Case Continued to_____for Further Status Conference

Case Continued to_12/5/8 @ 10:00 a.m.__for_Motions_____

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____Answer_____Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING:_____

_____

_____

_____

_____

_____