1  Pierce Gore (State Bar No. 128515)
   GORE LAW FIRM
2  900 East Hamilton Avenue
   Suite 100
3  Campbell, CA  95008
   Telephone: (408) 879-7444
4  Facsimile:  (408) 376-0757
   Email: *piercegore@gorelawfirm.com*
5
   *Attorney for Plaintiff*
6  ELIZABETH McCOY

7  Michael J. Hassen (State Bar No. 124823)
   Jeffer, Mangels, Butler & Marmaro, LLP
8  Two Embarcadero Center, 5th Floor
   San Francisco, CA  94111
9  Telephone:  (415) 398-8080
   Facsimile:  (800) 707-4479
10 Email: *mjh@jmbm.com*

11 Attorneys for Defendant
   BETSEY JOHNSON INC.
12

13                IN THE UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 16  ELIZABETH McCOY, individually and on behalf of herself and all others similarly situated, | Case No. C07-4782 (SC) |
| 17              Plaintiff, | **STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ~~PROPOSED~~ ORDER THEREON** |
| 18        v. | |
| 19  BETSEY JOHNSON INC.; Does 1 through 10, | |
| 20              Defendants. | |

21
        Pursuant to Fed.R.Civ.P. 41(a)(1), and by and through their attorneys, Plaintiff Elizabeth
22
   McCoy and Defendant Betsey Johnson, Inc. hereby stipulate to the dismissal of this entire action
23
   with prejudice.
24
25 DATED:  November 12, 2008          GORE LAW FIRM

26
                                      By:_____/s/_____
27                                       PIERCE GORE
                                         Attorney for Plaintiff
28                                       ELIZABETH McCOY

STIPULATION RE DISMISSAL WITH PREJUDICE AND PROPOSED ORDER  THEREON              Case No. C07-4782 (SC)

DATED: November 13, 2008          JEFFER MANGELS, BUTLER& MARMARO, LLP

By:  _____/s/_____

MICHAEL J. HASSEN
Attorneys for Defendant
BETSEY JOHNSON INC.

**ORDER**

For good cause, IT IS SO ORDERED.

DATED: November 14, 2008

_____
United Stat

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]*

STIPULATION RE DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON          Case No. C07-4782 (SC)

2